In the Matter of ALBANY LAW SCHOOL et al., Respondents-Appellants, v NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES et al., Appellants-Respondents.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 81 AD3d 145.

Motion by NYSARC, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.